**United States Bankruptcy Court**



District of Arizona

*TUCSON DIVISION*
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

*PHOENIX HEADQUARTERS*
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

*YUMA DIVISION*
John M. Roll Courthouse
98 W. 1st Street, Suite 270
Yuma, AZ 85364
800-556-9230

**FILED**
APR 26 2019
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## CREDITOR CHANGE OF ADDRESS

Case No.: 2:17-bk-13410      Chapter: 7

Case Name: Eventpro Stratagies, LLC

**Creditor Name:** Lowell Davis

**NEW Mailing Address:**
P.O. Box # 19343l
Street Address/P.O. Box Number

Suite/Apartment Number

San Francisco    CA    94119
City             State Zip Code

**OLD Mailing Address:**
1074 Alcatraz Ave.
Street Address/P.O. Box Number

A
Suite/Apartment Number

Oakland          CA    94608
City             State Zip Code

**Creditor Signature:** Lowell Davis     4/19/19
                                         Date

Mail Original to U.S. Bankuptcy Court, 230 N. First Avenue
Phoenix, AZ 85003

CreditorAddChng/2/14