United States Bankruptcy Court



TUCSON DIVISION
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

District of Arizona

**PHOENIX HEADQUARTERS**
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

YUMA DIVISION
John M. Roll Courthouse
98 W. 1st Street, Suite 270
Yuma, AZ 85364
800-556-9230

FILED
APR 3 0 2020
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## CREDITOR CHANGE OF ADDRESS

Case No.: 2:17-bk-13410-DPC  Chapter: 7

Case Name: Eventpro strategies, llc aka needle movers

**Creditor Name:** Erin Johnson

**NEW Mailing Address:**
162 Halsey
Street Address/P.O. Box Number
Apt. 2
Suite/Apartment Number
Brooklyn, NY    11216
City    State    Zip Code

**OLD Mailing Address:**
781 Hart St
Street Address/P.O. Box Number
Apt 1L
Suite/Apartment Number
Brooklyn    NY    11237
City    State    Zip Code

**Creditor Signature:** Erin Johnson    4/25/2020
Date

CreditorAddChng/2/14